**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, LANCE WETTERSTEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>LANCE WETTERSTEN,<br><br>                    Defendant. | CASE NO. 6:19-mj-0020-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 10, 2019; ORDER THEREON**<br><br>**Date:** September 10, 2019<br>**Time:** 10:00 AM<br>**Judge:** Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the Defendant, LANCE WETTERSTEN, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently scheduled for July 31, 2019 at 10:00 AM be continued to September 10, 2019 at 10:00 AM. The government has no objection.

///

///

///

///

///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO SEPTEMBER 10, 2019;
 ORDER THEREON

1

Defendant Lance Wettersten will be in the middle of important work responsibilities in Pleasant Hill, CA on the original date of this status conference. Mr. Wettersten continues to attend Narcotics Anonymous Meetings regularly.

Mr. Wettersten respectfully requests that the Court grant a continuance for his Status Conference to September 10, 2019 at 10:00 AM.

Dated: July 9, 2019            /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
LANCE WETTERSTEN

Dated: July 9, 2019            /s/ Susan St. Vincent
SUSAN ST. VINCENT
Yosemite Legal Officer

## ORDER

GOOD CAUSE APPEARING, the above request to continue the status conference hearing in Case No. 6:19-mj-0020-JDP to September 10, 2019 at 10:00 AM and Mr. Wettersten's request is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:    July 15, 2019            _____
UNITED STATES MAGISTRATE JUDGE