Sean Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE B. WETTERSTEN,<br><br>Defendant. | DOCKET NO. 6:19-mj-00020-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

The United States, by and through its representative, Sean O. Anderson, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for August 11, 2020, and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on September 10, 2019.

Dated: July 31, 2020                    /S/ Sean O. Anderson
                                        Sean O. Anderson
                                        Legal Officer
                                        Yosemite National Park, CA

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for August 11, 2020 in the above-referenced matter, *United States v. Wettersten*, 6:19-mj-00020-JDP, be vacated, and probation terminated.

IT IS SO ORDERED.

Dated:  August 3, 2020                                    _____
                                                                              UNITED STATES MAGISTRATE JUDGE

2